UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JAMES HARRISON MASSEY,<br><br>    PLAINTIFF,<br><br>v.<br><br>COMPUTERSHARE LIMITED, et al.<br><br>    DEFENDANTS. | CIVIL ACTION NO. 1:21-CV-00601-WJM |

### SPECIALIZED LOAN SERVICING LLC'S
### CORPORATE DISCLOSURE STATEMENT

The defendant, Specialized Loan Servicing LLC ("SLS"), submits the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

SLS is a Delaware limited liability company with its principal place of business in the State of Colorado. The sole member of SLS is Specialized Loan Servicing Holdings LLC ("SLS Holdings"), a Delaware limited liability company. The sole member of SLS Holdings is Computershare Mortgage Services Inc., a Delaware corporation.

    Respectfully submitted,

    */s/ Zachary M. VanVactor*
    Zachary M. VanVactor
    Ameena R. Khan
    STITES & HARBISON PLLC
    400 West Market Street, Suite 1800
    Louisville, KY 40202-3352
    Telephone: (502) 587-3400
    Email: zvanvactor@stites.com
           akhan@stites.com

*Counsel for Defendants,*
*Specialized Loan Servicing LLC and*
*Computershare Loan Services*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing was filed electronically with the Clerk's office using the CM/ECF system and served via United States First Class Mail, postage prepaid, to the following:

James Harrison Massey, *pro se*
440 Claypool-Boyce Road
Alvaton, KY 42122


    */s/ Zachary M. VanVactor*
Zachary M. VanVactor