IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00601-WJM-SBP

JAMES HARRISON MASSEY,

    Plaintiff,

v.

COMPUTERSHARE LIMITED, also known as COMPUTERSHARE, INC., also known as COMPUTERSHARE US, INC.,
BANK OF AMERICA, NA, and
SPECIALIZED LOAN SERVICING, LLC, also know as COMPUTERSHARE LOAN SERVICES,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the [156] Order Adopting December 13, 2023 Recommendation of United States Magistrate Judge and Overruling Plaintiff's Other Related Objections and Denying Plaintiff's Motion for Vacatur of Void Orders and Judgments and Overruling Plaintiff's Related Objection entered by United States District Judge William J. Martínez on March 5, 2024, it is

    ORDERED that Plaintiff's [140] Objections are OVERRULED. It is further

    ORDERED that Defendant Specialized Loan Servicing's [93] Motion to Dismiss is GRANTED. It is further

    ORDERED that Defendant Computershare Limited's [110] Motion to Dismiss is GRANTED. It is further

ORDERED that Plaintiff's [71-1] Second Amended Complaint is DISMISSED WITH PREJUDICE. It is further

ORDERED that Plaintiff's [145] Objection to the Court's Order Striking Plaintiff's Reply to Defendants' Response to Plaintiff's Objection to Magistrate's Recommendation is OVERRULED. It is further

ORDERED that Plaintiff's [150] Motion for Vacatur is DENIED. It is further

ORDERED that Plaintiff's [149] Objection to Order Striking Motion for Vacatur of Void Orders and Judgments is OVERRULED. It is further

ORDERED that judgment is entered in favor of Defendants and against Plaintiff. It is further

ORDERED that the parties shall bear their own fees and costs. It is further

ORDERED that this action be terminated.

This case is closed.

DATED March 5, 2024, at Denver, Colorado.

                FOR THE COURT:

                Jeffrey P. Colwell, Clerk

                By:    <u>s/H.Guerra</u>
                          Deputy Clerk